**Opinion issued February 25, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00894-CV

————————————

**KEVIN POWELL, Appellant**

**V.**

**DAZ INVESTMENTS, LLC, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCV-055674**

---

### MEMORANDUM OPINION

Appellant, Kevin Powell, filed a notice of appeal in the trial court from the final judgment, signed on September 1, 2015, after filing a motion for new trial in this forcible detainer action. *See* TEX. R. APP. P. 26.1(a)(1). However, appellant has neither paid the required filing fee nor established indigence for purposes of

appellate costs.  *See id.* 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp. 2015); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).  Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record.  *See* TEX. R. APP. P. 37.3(b).  After being notified by the Clerk of this Court on November 10, 2015, and again on December 30, 2015, that this appeal was subject to dismissal for failure to pay the required fees, appellant did not timely respond.  *See id.* 5, 37.3(b), 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution.  *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.